UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROBERT O. KINCHEN, JR. | CIVIL ACTION |
| VERSUS | NO. 11-1040 |
| IRMA WILDE SHARP AND<br>JULIE NICHOLAS SHARP | SECTION "C"(4) |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Robert O. Kinchen's complaint against the defendants, Irma Wilde Sharp and Julie Nicholas Sharp, is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and for failure to comply with Fed. R. Civ. P. 8.

New Orleans, Louisiana, this 29 day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE